E.D.Pa. AO Pro Se 14 (Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Ali A. Harrison-El
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mr. Mel D. Kardos, Rickles,
& Hard P.C., etc. all
Bucks County Justice Center
etc. all
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Ali A. Harrison-El
- All other names by which you have been known: 
- ID Number: QQ1519
- Current Institution: 
- Address: 
  - City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Mel D. Kardos
- Job or Title (if known): Attorney
- Shield Number: 
- Employer: Kardos, Rickles, & Hard P.C.
- Address: 626 South State St., Newtown, PA 18940
  - City / State / Zip Code
- [✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: Rickles & Hard P.C.
- Job or Title (if known): Attorney's at Law
- Shield Number: 
- Employer: Kardos, Rickles, & Hard P.C.
- Address: 626 South State St., Newtown, PA 18940
  - City / State / Zip Code
- [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Bucks County Justice Center
Job or Title (if known): Court House
Shield Number:
Employer: Doylestown, PA
Address: 100 N. Main St.
Doylestown, PA 18901
City / State / Zip Code
☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
  ☑ Federal officials (a *Bivens* claim)
  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Ineffective assistance of counsel, misrepresentation, theft of personal property; (legal paperwork), false representation, conspiracy in furtherence of a corrupt organization.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Amendment 14 (sec. 1), 4th, 6th, 8th, 14th

Amendment/Constitutional Rights Violations, as well as (ADA) American Disability Act Violations, Comm. v. Koehler 658 PA. , Comm. v. McClelland, 660, Pa 81; 253 A.3d 717; 165 A.3d at 31; 660 Pa 106; (Maisenhelder v. Rundle 414 Pa 11,

Page 3 of 11

198 A.2d 565, 567, (Pa. 1964)(660 Pa. 115)(233 A.3d 738) Polk v. State of Connecticut, 302 U.S. 319, 327 58 S. Ct. 149. 82 C. Ed 288 (1937)(660 Pa 117)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Each individual/entity did aid and abeted in the conspiracy to defraud plaintiff of his 4th, 6th, 8th, 14th, amendment rights an due process of the law, an Mel Kardos did steal paperwork from plaintiff

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)* Illegally detained, convicted, citizen.

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Arose in M.C.C.C. (Mens Community Correction Center), as well as in Bucks County Justice Center. Denied plaintiff legal/lawful preliminary hearing, aided in conspiracy with corrupt organization's; Bristol Township Police Dept.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Falls Township Police Dept, Bucks County Justice Center. Mens Community Correctional Center.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C. What date and approximate time did the events giving rise to your claim(s) occur?

From Nov. 23 to date Mr. Kardos has fraudulently imposed as my attorney when he was not, forced his representation on me, an stolen legal paperwork from me.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Mel Kardos did misrepresent himself as my attorney when he in fact was not my attorney in order to steal paperwork, an to cover-up the furtherance of a felony crime of conspiracy, malicious prosecution, illegal detention, illegal search and seizure, wrongful arrest.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Amendment Rights Violations, denial of due process of the law, lost of life, liberty, and/or property, lost of equal protection of the law, including 4th, 6th, 8th, and 14th Amendment Rights. As well as (ADA) Americans with Disability Acts Violations).

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Mental pain and suffering, physical pain and suffering, Mental/Physical anguish, lost of life, liberty, property, lost wage's, malicious prosecution, Fraudulent representation, conspiracy, Amendment (14)(Sec. 1) Violation's, (Americans with Disability Acts Violations) $20 million, wrongful, unlawful incarceration.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Men Correctional Community Center, Buck County Judicial Center etc. all.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance: Open court.

1. Where did you file the grievance? In open court on record in front of Judges: ~~Steffen~~, Baldi, McHugh, Finley, Gilman, Bateman, and wrote letters to several others; in open court in front of Judge Corr.

2. What did you claim in your grievance? Amendment/Constitutional Rights Violations, Due Process Rights violations (ADA) Americans with Disability Violations.

3. What was the result, if any? Found not to be in violation of my probation; but nothing since, trying to appease me.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Called Sarah Webster, now going to the press!

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: All part of a conspiring corrupt organization as the world will soon be made aware of ⸺ *

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Judge's * Baldi, Corr, Gilman, McHugh, Finley, Bateman, Judicial Conduct Board and next the newspapers, news media, etc. all.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. IF what I've shown and proven is'nt enough then that just proves that this supposed justice system is truly pathetic ⸺ *

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/24

Signature of Plaintiff
Printed Name of Plaintiff: Ali A. Harrison-El
Prison Identification #: QQ1519
Prison Address: 50 Overlook Dr.
LaBelle, PA 15450
City / State / Zip Code

B. **For Attorneys**

Date of signing: ____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City / State / Zip Code

Telephone Number
E-mail Address

Smart Communications/PADOC
SCI-Fayette
Name Ali A. Harrison-El
Number QQ1519
PO Box 33028
St Petersburg FL 33733

Inmate Mail
PA Department of Corrections

UNITED STATES DISTRICT COURT
601 Market St.
Philadelphia, PA 19106

M.S.
MAY

FIRST-CLASS

US POSTAGE and PITNEY BOWES
ZIP 15450
02 7W
0000830505 OCT 29 2024
$ 000.97⁰

1910631795 0019